**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY,** a/k/a Ahmed Omar (ISN 30) | ) ) ) ) | |
| **Petitioner,** | ) ) ) | |
| v. | ) ) | **Civil Action No. 09-745 (RCL)** |
| **BARACK OBAMA,** *et al.*, | ) ) ) | |
| **Respondents.** | ) ) ) | |

## ORDER

Upon consideration of petitioner's Unopposed Motion [1354] to Extend Filing Deadline for Petitioner's Traverse, it is hereby

ORDERED that petitioner's motion is granted. Petitioner shall have until April 15, 2010 to file his traverse.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on January 7, 2010.